# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **SHALISE WROBEL,**<br><br>   **Plaintiff,**<br><br>**v.**<br><br>**TRIBRIDGE RESIDENTIAL, LLC, TRIBRIDGE RESIDENTIAL CONSTRUCTION, LLC, TRIBRIDGE RESIDENTIAL PROPERTY MANAGEMENT ADVISORS, LLC; TRIBRIDGE DEVELOPMENT, LLC; TRIBRIDGE PARTNER RESERVES, LLC; and all related partnerships, corporations and entities with a present corporate headquarters at 1575 Northside Drive, NW, Bldg 100, Suite 200, Atlanta Ga. 30318, as set forth below.,**<br><br>   **Defendants.** | **CIVIL ACTION NO.**<br>**1:17-cv-03001-TCB-JKL** |

## JOINT STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS

Plaintiff, SHALISE WROBEL, and Defendants, Tribridge Residential, LLC, Tribridge Residential Construction, LLC, Tribridge Residential Property Management Advisors, LLC; Tribridge Development, LLC; Tribridge Partner Reserves, LLC, Tribridge Co-Invest 1, LLC, Tribridge Co-Invest 10, LLC,

TriBridge Co-Invest 11, LLC, Tribridge Co-Invest 12, LLC, Tribridge Co-Invest 13, LLC, Tribridge Co-Invest 14, LLC, TriBridge Co-Invest 15, LLC, TRIBRIDGE CO-INVEST 16, LLC, TRIBRIDGE CO-INVEST 17, LLC, TriBridge Co-Invest 18, LLC, TriBridge Co-Invest 19, LLC, TriBridge Co-Invest 20, LLC, TriBridge Co-Invest 21, LLC, TRIBRIDGE CO-INVEST 22, LLC, TRIBRIDGE CO-INVEST 23, LLC; TRIBRIDGE CO-INVEST 24, LLC; TriBridge Co-Invest 25, LLC; TriBridge Co-Invest 26, LLC; TriBridge Co-Invest 27, LLC, TRIBRIDGE CO-INVEST 28, LLC; TRIBRIDGE CO-INVEST 29, LLC; TRIBRIDGE CO-INVEST 3, LLC; TriBridge Co-Invest 30, LLC, TriBridge Co-invest 31, LLC, TriBridge Co-Invest 32, LLC, TriBridge Co-Invest 33, LLC, TriBridge Co-Invest 34, LLC, TriBridge Co-Invest 35, LLC, TriBridge Co-Invest 3, LLC, TriBridge Co-Invest 37, LLC, TriBridge Co-Invest 38, LLC, TriBridge Co-Invest 39, LLC, TRIBRIDGE CO-INVEST 4, LLC, TriBridge Co-Invest 40, LLC, TriBridge Co-Invest 41, LLC, TriBridge Co-Invest 42, LLC, TRIBRIDGE CO-INVEST 5, LLC, TRIBRIDGE CO-INVEST 6, LLC, TRIBRIDGE CO-INVEST 7, LLC; TRIBRIDGE CO-INVEST 6, LLC, TRIBRIDGE CO-INVEST 7, LLC, TRIBRIDGE CO-INVEST 8, LLC; TRIBRIDGE CO-INVEST 9, LLC; TriBridge Fund Manager, LLC, TriBridge Holding Number, LLC, TriBridge Investments II, LLC, TriBridge Investments Newnan Lofts, LLC, TRIBRIDGE

2

INVESTMENTS, LLC, TriBridge IQ TIC, LLC, TriBridge Management, LLC, TriBridge Neptune GP, LLC, TRIBRIDGE PARTNER RESERVE, LLC, TriBridge Residential Development, LLC, TriBridge Riverside Developer, LLC, TriBridge Sub Co-Invest 1, LLC, and TriBridge Sub Co-Invest 38, LLC ("Defendants"), file this Joint Stipulation for Dismissal of Certain Defendants.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that, based upon an understanding that Defendants Tribridge Residential, LLC and Tribridge Residential Property Management Advisors, LLC, currently employ approximately 220 employees, collectively, and were Plaintiff's employer during the relevant time period, and further representation that the remaining named Defendants have no employees, each of Plaintiff's claims against the following Defendants are hereby dismissed, without prejudice in the event such Defendants are found to have employees, with each party to bear its own costs and attorneys' fees:

1. Tribridge Residential Construction, LLC,
2. Tribridge Development, LLC
3. Tribridge Partner Reserves, LLC
4. Tribridge Co-Invest 1, LLC
5. Tribridge Co-Invest 10, LLC
6. TriBridge Co-Invest 11, LLC

3

7. Tribridge Co-Invest 12, LLC

8. Tribridge Co-Invest 13, LLC

9. Tribridge Co-Invest 14, LLC

10. TriBridge Co-Invest 15, LLC

11. TRIBRIDGE CO-INVEST 16, LLC

12. TRIBRIDGE CO-INVEST 17, LLC

13. TriBridge Co-Invest 18, LLC

14. TriBridge Co-Invest 19, LLC

15. TriBridge Co-Invest 20, LLC

16. TriBridge Co-Invest 21, LLC

17. TRIBRIDGE CO-INVEST 22, LLC

18. TRIBRIDGE CO-INVEST 23, LLC

19. TRIBRIDGE CO-INVEST 24, LLC

20. TriBridge Co-Invest 25, LLC

21. TriBridge Co-Invest 26, LLC

22. TriBridge Co-Invest 27, LLC

23. TRIBRIDGE CO-INVEST 28, LLC

24. TRIBRIDGE CO-INVEST 29, LLC

25. TRIBRIDGE CO-INVEST 3, LLC

26. TriBridge Co-Invest 30, LLC

27. TriBridge Co-invest 31, LLC

28. TriBridge Co-Invest 32, LLC

29. TriBridge Co-Invest 33, LLC

30. TriBridge Co-Invest 34, LLC

31. TriBridge Co-Invest 35, LLC

32. TriBridge Co-Invest 3, LLC

33. TriBridge Co-Invest 37, LLC

34.   TriBridge Co-Invest 38, LLC

35.   TriBridge Co-Invest 39, LLC

36.   TRIBRIDGE CO-INVEST 4, LLC

37.   TriBridge Co-Invest 40, LLC

38.   TriBridge Co-Invest 41, LLC

39.   TriBridge Co-Invest 42, LLC

40.   TRIBRIDGE CO-INVEST 5, LLC

41.   TRIBRIDGE CO-INVEST 6, LLC

42.   TRIBRIDGE CO-INVEST 7, LLC

43.   TRIBRIDGE CO-INVEST 6, LLC

44.   TRIBRIDGE CO-INVEST 7, LLC

45.   TRIBRIDGE CO-INVEST 8, LLC

46.   TRIBRIDGE CO-INVEST 9, LLC

47.   TriBridge Fund Manager, LLC

48.   TriBridge Holding Number, LLC

49.   TriBridge Investments II, LLC

50.   TriBridge Investments Newnan Lofts, LLC

51.   TRIBRIDGE INVESTMENTS, LLC

52.   TriBridge IQ TIC, LLC

53.   TriBridge Management, LLC

54.   TriBridge Neptune GP, LLC

55.   TRIBRIDGE PARTNER RESERVE, LLC

56.   TriBridge Residential Development, LLC

57.   TriBridge Riverside Developer, LLC

58.   TriBridge Sub Co-Invest 1, LLC

59.   TriBridge Sub Co-Invest 38, LLC

Dated this 4th day of January, 2018.

/s/ *Matthew c. Billips*
Matthew C. Billips
Georgia Bar No. 057110
mbillips@orrbrownandbillips.com

ORR, BROWN AND BILLIPS, LLP
One Atlanta Plaza
950 East Paces Ferry Rd.
Ste. 2110
Atlanta, GA 30326
T: (770) 534-1980
F: (770) 536-5910

**Attorney for Plaintiff**

/s/ *Blaze R. Knott*
L. Traywick Duffie, Esq.
Georgia Bar No. 231950
Email: tduffie@littler.com
Blaze R. Knott
Georgia Bar No. 198526
Email: bknott@littler.com

LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E.
Suite 1500
Atlanta, GA 30326-4803
T: (404) 233-0330

**Attorneys for Defendants**

6