IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| SHALISE WROBEL,<br><br>        Plaintiff,<br><br>v.<br><br>TRIBRIDGE RESIDENTIAL, LLC,<br>et al.,<br><br>        Defendants. | CIVIL ACTION NO.<br>1:17-cv-03001-MLB-JKL |

## NOTICE OF SETTLEMENT

Plaintiff Shalise Wrobel and Defendants TriBridge Residential, LLC and

TriBridge Property Management Advisors, LLC, hereby provides notice to the

Court that Parties have reached a confidential settlement of this litigation. The

Parties do not anticipate any further litigation in this matter.

Respectfully submitted this 13th day of September, 2018.

| | |
|---|---|
| */s/ Matthew C. Billips* | */s/Blaze R. Knott* |
| Matthew C. Billips | Blaze R. Knott, Bar No. 198526 |
| Georgia Bar No.: 057110 | L. Traywick Duffie, Bar No. 231950 |
| **Orr, Brown & Billips, LLP** | **Littler Mendelson, P.C.** |
| 950 East Paces Ferry Road | 3344 Peachtree Road N.E. |
| Suite 2110 | Suite 1500, Atlanta, GA 30326 |
| Atlanta, GA 30326 | (404)233-0330 |
| (770) 534-1980 (main) | *Counsel for Defendants* |
| (770) 859-0753 (direct) | |
| *Counsel for Plaintiff* | |