**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

Shalise Wrobel,

                         Plaintiff,        Case No. 1:17-cv-03001

v.                                   Michael L. Brown
                                       United States District Judge

TriBridge Residential, LLC and
TriBridge Property Management
Advisors, LLC,

                         Defendants.

_____/

## ORDER

The parties have announced that this case has settled. The Court

**DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this

case. The parties shall file a dismissal or other filing disposing of this

case upon finalization of the settlement. If settlement negotiations fail,

the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**IT IS SO ORDERED**.

Dated: September 13, 2018
Atlanta, Georgia

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE